UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANGZHOU RIGHT PLAY KIDS PRODUCTS CO., LTD.<br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE INTERNATIONAL CORP.,<br>    Defendant. | Case No. 24-cv-08860 |

## STATUS REPORT

Pursuant to this Honorable Court's Minute Entry dated December 11, 2024 (Dkt. 9), Plaintiff Hangzhou Right Play Kids Product Co., Ltd. ("Right Play"), by and through its counsel, submits the following Status Report regarding the process for seeking entry of default judgment against Defendant Progressive International Corp. ("Progressive"):

**I.    Proposed Plan to Seek Default Judgment:**

Plaintiff will prepare and file a motion for default judgment on or before January 7, 2025. The motion will include a memorandum of law establishing the basis for noninfringement. Plaintiff will provide supporting declarations and evidence, including a detailed comparison of Plaintiff's products with the claims of U.S. Patent No. 7,678,271 ("the '271 Patent"), a copy of the '271 Patent (Exhibit A), the Amazon delisting notification referencing the '271 Patent (Exhibit B), and supporting legal analysis regarding the noninfringement claim.

Plaintiff will also submit a proposed order for the Court's consideration. The proposed

order will declare that Plaintiff's products do not infringe the '271 Patent, enter default judgment in favor of Plaintiff on the issue of noninfringement, and grant any additional relief the Court deems just and proper.

**II.     Conclusion:**

Plaintiff intends to diligently comply with the Court's directive and will proceed as outlined above. Plaintiff respectfully requests the Court's approval of this proposed process.

Dated: December 31, 2024

Respectfully Submitted,
By: /s/ Benjamin Solter
Benjamin Solter
Cross-Border Counselor LLP
7755 Center Ave., Suite 1100
Huntington Beach, CA 92647
Direct Telephone No.: (781) 752-6369
Office Telephone No.: (858) 338-3383
bsolter@cbcounselor.com